# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2014

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Barrett, Susan D. | U.S. Bankruptcy Court, GA-S | 05/15/2015 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Chief United States Bankruptcy Judge | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐ Amended Report | 01/01/2014<br>to<br>12/31/2014 |

**7. Chambers or Office Address**

P. O. Box 31267
Augusta, Georgia 30903

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Member | Hill Properties, LLC |
| 2. | Partner | ▓▓▓ Partnership |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barrett, Susan D. | 05/15/2015 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Southeastern Bankruptcy Law Institute, Inc. | March 19-21, 2014 | Atlanta, Georgia | Seminar | Registration, Meals and Educational Materials |
| 2. | Coastal Bankruptcy Law Institute, Inc. | May 8, 2014 | Savannah, Georgia | Seminar | Registration, Meals, Educational Materials and Lodging |
| 3. | American Bankruptcy Institute | July 24-27, 2014 | Amelia Island, Florida | Seminar | Registration, Meals, Mileage, Parking, Educational Materials and Lodging |
| 4. | State Bar of Georgia, Bankruptcy Law Section | October 23-24, 2014 | Greensboro, Georgia | Seminar | Registration, Meals, Educational Materials and Lodging |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barrett, Susan D. | 05/15/2015 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barrett, Susan D. | 05/15/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Suntrust Bank Checking | A | Interest | J | T | | | | | |
| 2. Suntrust Money Market | A | Interest | K | T | | | | | |
| 3. | | | | | | | | | |
| 4. BROKERAGE ACCT.#1 SCHWAB | | | | | | | | | |
| 5. -SCHWAB US TREAS MONEY FD SWEEP (SWUXX) | A | Dividend | L | T | | | | | |
| 6. | | | | | Redeemed (part) | 12/08/14 | J | | |
| 7. | | | | | Buy (add'l) | 12/17/14 | J | | |
| 8. | | | | | Buy (add'l) | 12/30/14 | J | | |
| 9. | | | | | Buy (add'l) | 11/04/14 | L | | |
| 10. | | | | | Redeemed (part) | 11/12/14 | L | | |
| 11. | | | | | Redeemed (part) | 11/26/14 | K | | |
| 12. | | | | | Redeemed (part) | 09/09/14 | J | | |
| 13. | | | | | Buy (add'l) | 09/24/14 | K | | |
| 14. | | | | | Buy (add'l) | 09/29/14 | J | | |
| 15. | | | | | Buy (add'l) | 07/02/14 | J | | |
| 16. | | | | | Redeemed (part) | 06/16/14 | J | | |
| 17. | | | | | Buy (add'l) | 06/30/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barrett, Susan D. | 05/15/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets)  Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | Buy (add'l) | 05/02/14 | J | | |
| 19. | | | | | Redeemed (part) | 03/10/14 | J | | |
| 20. | | | | | Buy (add'l) | 03/31/14 | J | | |
| 21. | | | | | Buy (add'l) | 01/03/14 | J | | |
| 22.   -SCHWAB TOTAL STK MKT (SWTSX) | D | Dividend | O | T | | | | | |
| 23.   GA ST HSG & FA R 0.85% 16 | A | Interest | K | T | | | | | |
| 24.   DOVER CORP (DOV)(X) | A | Dividend | K | T | Buy | 11/26/14 | K | | |
| 25.   GA STATE 3% 14 | B | Interest | | | Matured | 11/01/14 | L | | See Part VIII |
| 26.   GOLDMAN SACHS BK 1.45% 17 (X) | | None | L | T | Buy | 11/04/14 | L | | |
| 27.   PHOENIX AZ WTR CIV 4.75% 25 | B | Interest | L | T | | | | | |
| 28.   ISHARES 2017 ETF (IBMF) | A | Interest | L | T | | | | | See Part VIII |
| 29.   ISHARES SELECT DIV (DVY) | C | Dividend | M | T | | | | | |
| 30.   ISHARES TR INT'L (IDV) | B | Dividend | K | T | | | | | |
| 31.   SCH US DIV EQUITY ETF (SCHD) | D | Dividend | N | T | | | | | |
| 32. | | | | | | | | | |
| 33.   BROKERAGE ACCT. #2 (SCHWAB ROLLOVER IRA) | | | | | | | | | |
| 34.   -SCHWAB US TREAS MONEY FD MONEY MARKET (SWUXX) | A | Dividend | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barrett, Susan D. | 05/15/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Buy (add'l) | 12/17/14 | J | | |
| 36. | | | | | Buy (add'l) | 12/30/14 | J | | |
| 37. | | | | | Buy (add'l) | 10/22/14 | K | | |
| 38. | | | | | Buy (add'l) | 09/29/14 | J | | |
| 39. | | | | | Redeemed (part) | 07/01/14 | K | | |
| 40. | | | | | Buy (add'l) | 07/17/14 | K | | |
| 41. | | | | | Redeemed (part) | 07/21/14 | K | | |
| 42. | | | | | Buy (add'l) | 05/19/14 | K | | |
| 43. -SCHWAB TOTAL STK MKT (SWTSX) | B | Dividend | M | T | | | | | |
| 44. SCH US DIV. EQUITY ETF (SCHD) | C | Dividend | M | T | | | | | |
| 45. | | | | | Buy (add'l) | 07/01/14 | K | | |
| 46. | | | | | Buy (add'l) | 07/16/14 | K | | |
| 47. ISHARES SELECT DIV FUND (DVY) | A | Dividend | K | T | | | | | |
| 48. ISHARES TR INT'L (IDV) | A | Dividend | | | Sold | 10/21/14 | J | A | |
| 49. SPDR S&P BIOTECH ETF (XBI) | A | Dividend | | | Sold | 05/16/14 | K | D | |
| 50. GABELLI ASSET FUND AAA (GABAX) | | None | | | Sold | 01/03/14 | J | A | |
| 51. VANGUARD FTSE EUROPE (VGK) | A | Dividend | | | Sold | 07/11/14 | K | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barrett, Susan D. | 05/15/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | | | | | |
| 53. VANGUARD INDUSTRIALS (VIS) | A | Dividend | K | T | | | | | |
| 54. SECTOR SPDR ENGY SELECT (XLE) | A | Dividend | | | Sold | 10/21/14 | J | A | |
| 55. | | | | | | | | | |
| 56. BROKERAGE ACCT #3 (WELLS FARGO)(X) | | | | | | | | | See Part VIII |
| 57. BANK DEPOSIT SWAP(X) | A | Interest | L | T | | | | | |
| 58. CHEVRON CORP (CVX)(X) | B | Dividend | L | T | | | | | |
| 59. EQUITY RESIDENTIAL (EQR)(X) | D | Dividend | M | T | | | | | |
| 60. GENERAL ELECTRIC CO. (GE)(X) | A | Dividend | K | T | | | | | |
| 61. KIMBERLY CLARK CORP (KMS)(X) | A | Dividend | | | Sold | 06/10/14 | K | B | |
| 62. PROCTOR & GAMBLE CO. (PG)(X) | B | Dividend | L | T | | | | | |
| 63. SUNTRUST BANK, INC. (STI)(X) | | None | | | Sold | 06/17/14 | L | D | |
| 64. | | | | | | | | | |
| 65. | | | | | | | | | |
| 66. PROCTOR & GAMBLE (PG) | A | Dividend | K | T | | | | | |
| 67. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barrett, Susan D. | 05/15/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 68. MEMBERSHIP INTEREST IN HILL PROPERTIES, LLC (OWNER OF RENTAL | A | Rent | | | Sold (part) | 02/26/14 | M | D | See Part VIII |
| 69. PROP. AUGUSTA, GA) | | | | | | | | | |
| 70. | | | | | | | | | |
| 71. ▊▊▊ PSHIP (OWNS LIFE INS. POL-CASH VALUE & | | None | N | T | | | | | |
| 72. SMALL BANK ACCT. AT SUNTRUST) | | | | | | | | | |
| 73. | | | | | | | | | |
| 74. HODGES - PERSONAL LOAN | | None | J | T | | | | | |
| 75. | | | | | | | | | |
| 76. CO-OWNER OF A PERSONAL CHECKING ACCOUNT OF | A | Interest | | | Closed | 10/08/14 | J | | |
| 77. ▊▊▊ AT SUNTRUST BANK | | | | | | | | | |
| 78. | | | | | | | | | |
| 79. ESTATE ACCT. #1 (EXECUTOR) (SCHWAB BROKERAGE ACCT.) | | | | | | | | | |
| 80. SCHWAB GOVT MONEY FUND (SWEEP) (SWGXX) | A | Dividend | M | T | | | | | |
| 81. | | | | | | Redeemed (part) | 12/08/14 | J | | |
| 82. | | | | | | Buy (add'l) | 12/31/14 | J | | |
| 83. | | | | | | Buy (add'l) | 11/14/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barrett, Susan D. | 05/15/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 84. | | | | | Redeemed (part) | 11/25/14 | K | | |
| 85. | | | | | Buy (add'l) | 10/22/14 | L | | |
| 86. | | | | | Redeemed (part) | 09/09/14 | J | | |
| 87. | | | | | Redeemed (part) | 09/10/14 | J | | |
| 88. | | | | | Redeemed (part) | 09/16/14 | J | | |
| 89. | | | | | Redeemed (part) | 09/26/14 | K | | |
| 90. | | | | | Buy (add'l) | 09/30/14 | J | | |
| 91. | | | | | Redeemed (part) | 08/01/14 | K | | |
| 92. | | | | | Redeemed (part) | 08/27/14 | J | | |
| 93. | | | | | Redeemed (part) | 07/15/14 | K | | |
| 94. | | | | | Redeemed (part) | 06/03/14 | L | | |
| 95. | | | | | Redeemed (part) | 06/05/14 | K | | |
| 96. | | | | | Redeemed (part) | 06/12/14 | K | | |
| 97. | | | | | Redeemed (part) | 06/16/14 | J | | |
| 98. | | | | | Redeemed (part) | 06/24/14 | L | | |
| 99. | | | | | Buy (add'l) | 06/30/14 | J | | |
| 100. | | | | | Buy (add'l) | 05/19/14 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barrett, Susan D. | 05/15/2015 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 101. | | | | | Redeemed (part) | 03/10/14 | J | | |
| 102. | | | | | Buy (add'l) | 01/09/14 | K | | |
| 103. | | | | | Buy (add'l) | 01/13/14 | K | | |
| 104. ABBVIE, INC. (ABBV)(X) | A | Dividend | K | T | Buy | 06/12/14 | K | | |
| 105. AMERICAN EXPRESS COMPANY (AXP) (X) | A | Dividend | K | T | Buy | 09/10/14 | K | | |
| 106. BERKSHIRE HATHAWAY B NEW (CLASS B) (BRKB) (X) | | None | K | T | Buy | 08/27/14 | K | | |
| 107. INTEL CORP (INTC)(X) | A | Dividend | L | T | Buy | 06/03/14 | K | | |
| 108. WALMART STORES, INC.(X) | A | Dividend | K | T | Buy | 06/05/14 | K | | |
| 109. HALYARD HEALTH, INC. (HYH)(X) | | None | | | Sold | 11/13/14 | J | A | See Part VIII |
| 110. | | | | | Spinoff (from line 120) | 11/03/14 | J | | See Part VIII |
| 111. CARNIVAL CORP NEW F PAIRED STK (CCL)(X) | A | Dividend | | | Sold | 10/21/14 | K | | |
| 112. | | | | | Buy | 07/15/14 | K | | |
| 113. MERCK & CO., INC. NEW (MRK)(X) | A | Dividend | | | Sold | 10/21/14 | L | | |
| 114. | | | | | Buy | 06/24/14 | L | | |
| 115. DUPONT EI DEMOUR & CO. (DD)(X) | A | Dividend | | | Sold | 09/10/14 | K | | |
| 116. | | | | | Buy | 06/03/14 | K | | |
| 117. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barrett, Susan D. | 05/15/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 118. DEERE & CO. (DE) | A | Dividend | K | T | | | | | |
| 119. JOHNSON & JOHNSON (JNJ) | B | Dividend | L | T | | | | | |
| 120. KIMBERLY -CLARK CORP (KMB) | B | Dividend | K | T | | | | | |
| 121. MC DONALDS CORP (MCD) | A | Dividend | K | T | | | | | |
| 122. | | | | | Buy | 09/26/14 | K | | |
| 123. | | | | | Sold (part) | 08/26/14 | K | | |
| 124. MICROSOFT (MSFT) | B | Dividend | K | T | | | | | |
| 125. PAYCHEX (PAYX) | A | Dividend | K | T | | | | | |
| 126. ROWE T PRICE GROUP INC (TROW) | B | Dividend | M | T | | | | | |
| 127. UNITED TECHNOLOGIES CORP (UTX) | A | Dividend | K | T | | | | | |
| 128. | | | | | Buy (add'l) | 11/25/14 | K | | |
| 129. 3M (MMM) | B | Dividend | L | T | | | | | |
| 130. SCH US DIV EQUITY ETF (SCHD) | B | Dividend | L | T | | | | | |
| 131. | | | | | Buy (add'l) | 08/01/14 | K | | |
| 132. | | | | | Buy (add'l) | 06/24/14 | K | | |
| 133. SECTOR SPDR ENGY SELECT (XLE) | B | Dividend | L | T | | | | | |
| 134. SPDR S&P BIOTECH ETF (XBI) | A | Dividend | | | Sold | 05/16/14 | L | D | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barrett, Susan D. | 05/15/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 135. SOUTHERN CO (SO) | A | Dividend | | | Sold | 01/08/14 | K | | |
| 136. COUSINS PROPERTIES INC (CUZ) | A | Dividend | | | Sold | 01/10/14 | K | A | |
| 137. | | | | | | | | | |
| 138. ESTATE ASSET #2 (WELLS FARGO BROKERAGE ACCT.) | | | | | | | | | See Part VIII |
| 139. BANK DEPOSIT SWEEP | A | Interest | L | T | Distributed (part) | 06/06/14 | K | | |
| 140. CHEVRON (CVX) | D | Dividend | L | T | Distributed (part) | 06/06/14 | M | | |
| 141. EQUITY RESIDENTIAL (EQR) | E | Dividend | O | T | Distributed (part) | 06/06/14 | N | E | See Part VIII |
| 142. GENERAL ELECTRIC (GE) | C | Dividend | K | T | Distributed (part) | 06/06/14 | K | E | See Part VIII |
| 143. HEWLETT-PACKARD (HPQ) | B | Dividend | M | T | | | | | |
| 144. KIMBERLY-CLARK (KMB) | A | Dividend | | | Distributed | 06/06/14 | M | C | See Part VIII |
| 145. PROCTOR & GAMBLE (PG) | D | Dividend | M | T | | | | | |
| 146. ROYAL DUTCH SHELL PLC ADR CL A (RDS/A) | C | Dividend | L | T | | | | | |
| 147. SUNTRUST BANKS INC (STI) | C | Dividend | M | T | Distributed (part) | 06/06/14 | M | E | See Part VIII |
| 148. | | | | | | | | | |
| 149. ESTATE ASSET #3 (SUNTRUST ESTATE BANK ACCT.) | | None | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barrett, Susan D. | 05/15/2015 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Section VII (Line 14).  There is no gain to report.

Section VII (Line 28).  This was listed in the 2013 Report as "ISHARES 2017 ETF (MUAF)" the fund has changed its symbol to "IBMF."

Section VII (Line 56)  These assets in Brokerage Acct. #3 were acquired via an estate distrbution.  See Section VII (Lines 138-147).

Section VII (Lines 68-69)  Real property owned by Hill Properties, LLC located in Augusta, Georgia has been sold in 2014 and the loan listed in Section VII of the 2013 Report was satisfied.  The entity in which I hold a membership inerest remains viable, but as of December 2014 it holds no assets.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Susan D. Barrett**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544